STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (Cal. Bar No. 116847)
BYRON J. MCLAIN (Cal. Bar No. 257191)
Assistant United States Attorneys
Major Frauds Section
      1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2041/0637
      Facsimile: (213) 894-6269
      E-mail:    ellyn.lindsay@usdoj.gov
                 byron.mclain@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-282-R |
|---|---|
| Plaintiff, | GOVERNMENT'S FILING OF ADDITIONAL REDACTED VICTIM IMPACT STATEMENTS |
| v. | |
| DAVID PRITCHARD, et al., | Date: February 23, 2015 |
| Defendants. | Time: 10:00 a.m. |
| | Place: Courtroom of the Honorable Manuel Real |

    Plaintiff United States of America, by and through its counsel
of record, the United States Attorney's Office for the Central
District of California, hereby submits additional victim impact
statements in this case, which have been redacted to remove
identifying and personal information.

//

//

//

//

Dated: March 5, 2015                    Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
ELLYN MARCUS LINDSAY
BYRON J. MCLAIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA