Hon. Manuel L. Real
c/o Victim Witness Assistance Program
Attention: Katherine J. Ferguson
USAO- Central District of California
312 N. Spring Street, Ste. 1700
Los Angeles, California 90012

## VICTIM IMPACT STATEMENT

Dear Judge Manuel L. Real,

Thank you for accepting this letter describing the impact of these crimes on my mother who is now 98, with dementia, now living with me her youngest daughter, without the resources that she worked hard her whole life to save.

Because I do not know the specific details of these crimes other than these individuals targeted vulnerable elderly victims like my mother who were too gullible and nice for their own safety and wellbeing. There is no more despicable, disgusting, and repulsive action that individuals can take than to prey on the sick and the elderly – my mother was both. My mother came off of a farm in the mid-west and received a scholarship to go to college. She was one of only 3 women in the 1930s to attend Medical School at the University of Chicago and the only one of those 3 still alive. My mother dedicated her life to public service providing care often without compensation to the elderly, poor, and migrant workers in Santa Clara, County. She was not wealthy but should have been able to have resources to provide for her care after retirement. During the time these criminals preyed on my mother she was living alone, trying to maintain her independence, and hiding her growing dementia from family members. When we finally realized that she needed help, her finances were gone, her bank account empty of her life savings...then we discovered what had occurred but it was too late.

These criminals who sit before you in court are the most reprehensible underbelly of society – those who prey on good hearted individuals who have become too feeble and defenseless to protect themselves.

My mother served in WWII as a physician, and then worked her whole life helping others, donating her time and experience to those communities less fortunate than her, migrant farm workers in the Santa Clara Valley, and as a 'Flying Samaritan' serving Native Americans without healthcare. She saved what she could after raising her 5 children. Then in her senior years she is victimized – by you, the defendants....all her money stolen by you and others who saw her as a 'sitting duck'...she would help anyone who asked for anything. .

The impact? The impact is simply she lost everything...all her resources, all of her money taken from someone when they are in their 8th decade of life? What type of animal does that – preys on the elderly, the defenseless, and the infirmed. To the defendants; You should be ashamed and disgusted with yourselves. But then again, only those who are sociopathic and have no empathy for others, no concern or connection to the consequences of their behavior can engage in such acts. These defendants and other of their ilk emptied her bank account and she has now lived in my home for the



past 9 years as we cannot afford the care she needs and should have. It has created great hardship on me individually and professionally as I care for not only my mother now 98 years old but also my husband who has had 3 strokes. If her finances had not been stolen we could hire more help, or place her in a care home and she could have a better quality of life.

What happened to you in your life to bring you to engage in these acts? I am sorry for what you must have experienced to develop into such heartless human beings. Be that as it may, you are responsible for your actions and I am requesting that you be held accountable through sentencing and through much needed restitution. You prayed on my mother's compassion and good heartedness, and her naiveté to predators such as you are.

Just as a pebble in a pond has continuous ripple effects, you cannot imagine the ripple effects your theft/fraud has had on our entire family. While trying to respect and maintain our mother's independence and integrity well into her 80's…we in fact left her exposed to a predator herd, she was a sitting duck to be robbed by the likes of you.

I only hope that your sentencing and consequences have some resemblance to the consequences my mother and our family has suffered. What I really wish is that you had to get up every day at o dark hundred (5:30 a.m.) and work all day for 10-12 hour shifts and then come home and take care of someone infirmed all night….change her, bathe her, care for her for the last 10 years…wracked with exhaustion, often sick myself, with no respite…I wish this would be your sentence until you could repay us 10 fold for what you took.

I can never recover the toll of my exhaustion or my mother's loss of comfort and care. I assume you have never toiled in 'the salt mines' or you would not have treated my mother and other elderly citizens this way. These are our elders that you have stolen from; we should hold them in the highest regard and respect. But you chose to exploit the elderly, steal their money and deplete their life at the end. I will place my faith in the good hands and judgment of the Honorable Judge Manuel L. Real to determine your sentence. May these defendants suffer some appropriate consequence for their actions and perhaps experience some particularly hideous level of Dante's Hell…as our family has had more than its share.

Sincerely, [redacted] – Daughter and caretaker of [redacted] R. [redacted]

*[redacted] – Daughter of [redacted] R. [redacted]*

[redacted]

30 JAN 2015 PM 1 T

Honorable Manuel L. Real
c/o Victims Witness Assistance Programs
Attention: Katherine J. Ferguson
USAO - Central District of California
312 N. Spring Street Ste. 1700
Los Angeles, California

Feb 7, 2015



# victim impact statement.

Victim Identification Number (VIN) '3507355' and Personal Identification Number (PIN) '█████'

<table>
<tr><td>

Hon. Manuel L. Real<br>
c/o Victim Witness Assistance Program<br>
Attention: Katherine J. Ferguson<br>
USAO- Central District of California<br>
312 N. Spring Street, Ste. 1700<br>
Los Angeles, California 90012

</td><td>

U.S. Department of Justice<br>
Central District of California<br>
Victim Witness Assistance Program<br>
312 N. Spring St., Ste. 1700<br>
Los Angeles, CA 90012<br>
Phone: (888) 228-0315<br>
Fax: (213) 534-7375

</td></tr>
</table>

Re: United States v. Defendant(s) GREGORY PUSATERI, CHERIE BROWN
    Case Number 2014R01006 and Court Docket Number 14-CR-00282

United States v. Defendant(s) GREGORY PUSATERI, CHRISTOPHER BLAUVELT, CHERIE BROWN, DAVID PRITCHARD
Case Number 2014R01006 and Court Docket Number 14-CR-00282

Re:   United States v. Defendant(s) CHRISTOPHER BLAUVELT, DAVID PRITCHARD
     Case Number 2014R01006 and Court Docket Number 14-CR-00282 (Doing Business as: **Gigapix Studios, Inc.; OZ3D, LLC**)

victim impact statement.

Mr. Ken Gross of Gigapix Studios solicited me by phone in 2003 without my inquiring of Gigapix first. Of course everything was portrayed as a solid investment because of the experience and reputation of Mr. Christopher Blauvelt in the film industry. In addition I was attracted to their emphasis on projects for family and children programs.

During the entire period from 2003 to 2009 only good news came from Gigapix. It was so encouraging that I added $10,000 for the Wizard of Oz project.

The $50,000 came out of my personal retirement program. I am now 79 years of age and need to keep working full time to make up for the losses from Gigapix.

Sincerely

| Amount | Date | Certificate # | TO |
|--------|------|---------------|-----|
| $10,000 | Oct. 10, 2003 | 0071 | GIGAPIX STUDIOS |
| $10,000 | Mar 25, 2004 | 219 | GIGAPIX STUDIOS |
| $10,000 | Nov 12, 2004 | 1093 | GIGAPIX STUDIOS |
| $10,000 | Oct 10, 2006 | 1612 | GIGAPIX STUDIOS |
| $10,000 | Aug 5, 2009 | 280 | OZ3D, LLC. |
| $50,000 | TOTAL INVESTED | | |



07 FEB 2015 PM 5 L

**U.S. Department of Justice**
Central District of California
Victim Witness Assistance Program
312 N. Spring St., Ste. 1700
Los Angeles, CA 90012

Victim Identification Number (VIN) 3507355'
Personal Identification Number (PIN)



9001233525

victim impact statement

UNITED STATES v. DAVID PRITCHARD, et al.   Case Number: 14-CR-282

VICTIM NAME: ▓▓▓▓▓▓▓▓▓▓▓

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

Yes, primarily monetarily

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

No

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

No

## VICTIM IMPACT STATEMENT     FINANCIAL CRIME     PAGE 2

Do you relate to people differently since the crime?  Please explain. _Embarrased_

How has the crimes affected you and your family's lifestyle?  Please explain. _N/A_

Has the crime affected your family's livelihood?  Please explain. _401 (k) took a hit._

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

_✓_ Anger  ___ Anxiety  ___ Fear  ___ Grief  _✓_ Guilt  ___ Numb  ___ Chronic Fatigue

___ Sleep Loss  ___ Nightmares  ___ Appetite Change  ___ Unsafe  ___ Uncontrolled Crying

___ Trouble Concentrating  ___ Repeated Memory of Crime  ___ Depression

Please describe any other reactions to the crime committed.

Do you feel the defendant is or will be a threat to you, your family or the community?
___ Yes  _✓_ No  Please explain. _Only if permitted + continue selling securities_

What else would you like the Judge to know about the defendant, or your situation as a result of the crime. _Very convincing con men_

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim.  If you are interested in this option, please explain. _I would like my fair share of recovered money_

VICTIM IMPACT STATEMENT/FINANCIAL CRIME    P. 3

1. Please list your actual financial losses from this crime. List only those items for which you
have not been or do not expect to be repaid. Please attach receipts or other records whenever
possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a
defendant.

$150,000 total loss; $100,000 from
401(K) for the O2 films, $50,000
loss re Gigapix investment. I can supply
both stock certificates & letter advising of dissolution of
Gigapix and
failure of
move.

2. Have you been assessed any additional taxes, penalties or interest by the federal government
as a result of this case? If yes, please explain.

N/A

3. Have you or anyone on your behalf initiated civil action against any party as a result of this
offense? If yes, please state the case name, docket number and court of jurisdiction.

Not known

4. If you have suffered any other expenses as a result of this crime, please list them below.
Include such items as counseling, medical bills, lost income and necessary child care,
transportation, and other expenses related to participation in the investigation or prosecution of
the offense or attendance at proceedings related to the offense. Please be specific and attach
copies of receipts if possible.

N/A

Signature:

Printed Name:        T.

Date:        1/30/2015

CONFIDENTIAL

United States v. DAVID PRITCHARD, et al.

Case Number: 14-cr-282

The address and telephone contact information provided below will only be provided to the presentence probation officer, and the United States Attorney's Office, unless a court order signed by the Judge authorizes the release of this page to the Court and attorney for the defendant.

Printed Name: _____

Signature: _____

Address _____

_____

Phone: (hm) _____ (wk) _____

fax: _____

e-mail: _____



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
### FIRST-CLASS MAIL   PERMIT NO. 16280   WASHINGTON DC
#### POSTAGE WILL BE PAID BY U.S. DEPARTMENT OF JUSTICE

United States Attorney's Office
Central District of California
312 N Spring Street
Los Angeles CA 90012-9833
Attn: Victim/Witness Unit **Katherine Ferguson**



04 FEB '15

FEB 1 0 RFC'D

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Friedman
Jack & Clare Friedman
419 Belfair Place
Moraga, California 94556



TO: HON. MANUEL L. REAL
c/o VICTIM WITNESS ASSISTANCE
ATTN: KATHERINE J FERGUSON
USAO CENTRAL DIST of CALIFORNIA
312 N. SPRING ST, STE 1700
LOS ANGELES, CALIF 90012

FIRST CLASS

RETURN RECEIPT
REQUESTED

IMPACT
STATEMENT
~ VIN ~

7014 3490 0002 0448 7630

CERTIFIED MAIL

U.S. POSTAGE
PAID
NOVATO, CA
94947
FEB 12, '15
AMOUNT
$6.70
00087095-16

1000          9001 2

UNITED STATES
POSTAL SERVICE

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 7
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY





FEB 14, 2015

ORTH VICTIM 1, 0 ▓▓▓▓▓

IMPACT STATEMENT

Your Honor:

Attached are 2 original documents for my $25,000.00 investments in GIGAPIX.

I am 83 yrs. old under doctor's care. When my wife died on OCT. 30, 2008, she left me this money to invest so the growth would help pay off our $500,000.00 house mortgages.

I look forward to restitution, if possible, for emotional damage.

Yours Truly

▓▓▓▓▓ P. O. ▓▓▓▓▓ VICTIM

Phone ▓▓▓▓▓▓▓▓▓▓

# OZ3D, LLC

## CONFIRMATION OF MEMBERSHIP

This will confirm that J██████P. ██████is a member of record of OZ3D, LLC, a Nevada limited liability company (the "Company"), and is the record holder of $ 20,000 (Twenty Thousand dollars) of membership interests in the Company consisting of the following:   2 Series A Unit(s).

IN WITNESS WHEREOF, the undersigned manager of the Company has signed this Confirmation of Membership, # 378 on the date set forth below.

Date:   December 14, 2009

OZ3D, LLC

By _____

Christopher Blauvelt, Manager





# OZ3D LLC

9333 Oso Avenue
Chatsworth, California 91311
P: 818-592-0755 F: 818-449-1900

December 14, 2009

Mr. J█████ O███


Dear J█████O███

We are pleased to send you your confirmation certificate of investment for OZ3D
LLC.  Please take a moment to inspect the document and verify that all of the
information is correct.  In the event there is an error please contact our Office
Manager, Sharon Simon, at (800) 862-7656 and she will be happy to make any
necessary corrections.

Thank you for the confidence you have shown in us. We look forward to sharing
news of the progress with you through the coming months.

Sincerely,

Chris Blauvelt
Manager
OZ3D LLC

O█████ - VICTIM 1, Dr # 4410927    O2 UNITS = 20,000



NUMBER C-11595

SHARES 4,000

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA

DECEMBER 20, 2002

AUTHORIZED CAPITAL STOCK: 400,000,000 COMMON SHARES

THIS SECURITY HAS NOT BEEN REGISTERED OR QUALIFIED UNDER ANY STATE OR FEDERAL SECURITIES LAW AND IS BEING SOLD PURSUANT TO APPLICABLE EXEMPTIONS FROM REGISTRATION OR QUALIFICATION.

GIGAPIX STUDIOS

**GIGAPIX STUDIOS, INC.**

This Certifies that ____ J____ P. C____

____ Four Thousand _____ is the owner of

_____ Shares of the Common Stock of

transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this certificate properly endorsed. A copy of the statement of the rights, preferences, privileges, and restrictions of the Common Stock may be obtained from the Secretary of the Corporation.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this ____ 29th ____ day of ____ July ____ A.D. ____ 2010 ____ .

CHIEF FINANCIAL OFFICER/SECRETARY

CHAIRMAN/PRESIDENT/VICE PRESIDENT

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM  - as tenants in common
TEN ENT  - as tenants by the entireties
JT TEN   - as joint tenants with right of
           survivorship and not as tenants
           in common

UNIF GIFT MIN ACT- .................. Custodian ..................
                        (Cust)                    (Minor)
                   under Uniform Gifts to Minors
                   Act ..................................
                                        (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *do hereby sell, assign and transfer unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER
   IDENTIFYING NUMBER OF ASSIGNEE

```
┌──────────────────────────────────────┐
│                                        │
│                                        │
└──────────────────────────────────────┘
```

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____

_____ *Shares of*
*the Common Stock represented by the within Certificate, and do hereby irrevocably*

*constitute and appoint*_____

_____ *Attorney*
*to transfer the said Shares on the books of the within named Corporation with full*
*power of substitution in the premises.*

*Dated:* _____

WITNESS _____

SHAREHOLDER _____

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON
        THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT
        OR ANY CHANGE WHATEVER.



9333 OSO AVENUE   CHATSWORTH, CALIFORNIA 91311

July 30, 2010

Mr. J███ O███

Dear J███ O███

I am pleased to enclose your share certificate as per your investment in our most recent Offering.  Please inspect the document(s) carefully and verify that all of the information is correct.

On behalf of all of us at Gigapix Studios I would like to thank you for the confidence you have placed in us.  Should you have any questions or concerns please do not hesitate to contact me at (800) 862-7656 x. 112, or by email at ssimon@gigapixstudios.com.

Regards,

Chris Blauvelt
CEO
Gigapix Studios Inc.

Enclosure

4,000 shs @ 1 1/4 = $5,000   JO
O███ VICTIM ID # 4410927