UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   **CR-14-282-R-4**                                    Date: **MARCH 9, 2015**

======================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger | Ellyn M. Lindsay |
|---|---|---|
| Courtroom Deputy | Court Reporter | Byron McClain |
| | | Asst. U.S. Attorney |

======================================================================

U.S.A. vs (Dft listed below)                              Attorney for Defendant

4)   GREGORY PUSATERI                          4)   Richard M. Callahan
     X present     X bond                              X present     X appointed

PROCEEDINGS:   SENTENCING

The Court sentences the defendant.

The Court sets a restitution hearing on April 20, 2015 at 10:00 a.m.
to determine the total amount of restitution.

In the interest of justice, the Court grants government's motion to
dismiss the remaining counts as to this defendant.

**Refer to SEPARATE Judgment and Probation/Commitment Order.**

                                                                    0:10 min

                                                        Deputy Clerk Initials ____CCH____