| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Becky S. James | 2. PHONE NUMBER<br>(310) 492-5104 | 3. DATE<br>Mar 16, 2015 | |
|---|---|---|---|
| 4. FIRM NAME: JAMES & STEWART LLP | 5. E-MAIL ADDRESS: bjames@jamesstewartlaw.com | | |
| 6. MAILING ADDRESS<br>17383 Sunset Blvd., Suite A315 | 7. CITY<br>Pacific Palisades | 8. STATE<br>CA | 9. ZIP CODE<br>90272 |
| 10. CASE NUMBER<br>2:14-cr-00282-R | 11. CASE NAME<br>United States of America v. David Pritchard, et al. | 12. JUDGE<br>Manuel L. Real | |
| 13. APPEAL CASE NUMBER<br>15-50066 | 14. ORDER FOR  ☑ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER _____ | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Oct 6, 2014 | Katherine Stride | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Motion Hearing (Prepared) |
| Oct 14, 2014 | Myra L. Ponce | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): (Prepared) |
| Oct 14, 2014 | Myra L. Ponce | ☑ VOIR DIRE  ☑ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): 1st Day of Trial (Prepared) |
| Oct 15, 2014 | Myra L. Ponce | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): 2nd Day of Trial (Prepared) |
| Oct 16, 2014 | Myra L. Ponce | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): 3rd Day of Trial (Prepared) |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month:          Day:          Year:

Transcript payment arrangements were made with:

17. DATE:   Mar 16, 2015

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE:   s/ Becky S. James

Month:          Day:          Year:

G-120 (09/12)

Transcript Designation and Ordering Form Additional Page(s) for designations
USA v. David Pritchard, et al.
Case No. 2:14-cr-282-R

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| October 17, 2014 | Myra L. Ponce | 4th Day of Trial (Prepared) |
| October 20, 2014 | Khowoonsun Koni Chong | 5th Day of Trial (Prepared) |
| October 21, 2014 | Khowoonsun Koni Chong | 6th Day of Trial (Prepared) |
| October 22, 2014 | Khowoonsun Koni Chong | 7th Day of Trial; Closing Arguments; Jury Instructions (Prepared) |
| October 23, 2014 | Sheri Kleeger | 8th Day of Trial (Prepared) |
| November 10, 2014 | Deborah Gackle | 1st Day of Severed Co-Defendants' Trial; Opening Statements |
| November 12, 2014 | Deborah Gackle | 2nd Day of Severed Co-Defendants' Trial |
| November 13, 2014 | Deborah Gackle | 3rd Day of Severed Co-Defendants' Trial |
| November 17, 2014 | Deborah Gackle | 4th Day of Severed Co-Defendants' Trial |
| November 18, 2014 | Sheri Kleeger | 5th Day of Severed Co-Defendants' Trial |
| November 19, 2014 | Deborah Gackle | 6th Day of Severed Co-Defendants' Trial |
| November 20, 2014 | Sheri Kleeger | 7th Day of Severed Co-Defendants' Trial; Closing Arguments; Jury Instructions |
| November 21, 2014 | Sheri Kleeger | 8th Day of Severed Co-Defendants' Trial |
| December 8, 2014 | Sheri Kleeger | Motion for New Trial Hearing (Prepared) |
| January 12, 2015 | Sheri Kleeger | Status Conference (Prepared) |
| February 9, 2015 | Sheri Kleeger | Motion Hearing of Co-Defendant Cheri Brown's Motion for New Trial |
| February 9, 2015 | Sheri Kleeger | Motion Hearing of Co-Defendant Gregory Pusateri's Motions for Aquittal and New Trial |
| February 9, 2015 | Sheri Kleeger | Sentencing Hearing of David Pritchard (Prepared) |
| February 9, 2015 | Sheri Kleeger | Sentencing Hearing of Co-Defendant Christopher Blauvelt (Prepared) |
| February 23, 2015 | Sheri Kleeger | Sentencing Hearing of Co-Defendant Cheri Brown |
| March 9, 2015 | Sheri Kleeger | Sentencing of Hearing of Co-Defendant Gregory Pusateri |